ALBERT M. KALBFLEISCH et al., Respondents, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued April 27, 1886; decided April 30, 1886 )

*Alfred 'C. Chapin* for appellant.

*William N. Dykman* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.